**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAYDRA LEILA BEY,

       Plaintiff,

v.                                        Case No. 11-10853
                                       Honorable Denise Page Hood

MAGISTRATE DAVID S. ROBINSON,
36TH DISTRICT COURT, and RICK
DEDVUKAJ,

       Defendants.
_____/

## **JUDGMENT**

Pursuant to this Court's Order entered this date dismissing the matter,

Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 30th day of December, 2011.

                                                                     DAVID J. WEAVER
                                                                       CLERK OF THE COURT

                                                                       BY: s/Julie Owens

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was mailed to **Jaydra Leila Bey** 1131 West Warren Ave #159, Detroit, MI 48201 and the attorneys of record on this date, Friday, December 30, 2011, by electronic and/or ordinary mail.

                                                                       s/Julie Owens
                                                                       Case Manager