UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYDRA LEILA BEY,

        Plaintiff,

v.                                             Case No. 11-10853
                                                      Honorable Denise Page Hood
MAGISTRATE DAVID S. ROBINSON,
36TH DISTRICT COURT, and RICK
DEDVUKAJ,

        Defendants.
_____/

## **JUDGMENT**

Pursuant to this Court's Order entered this date dismissing the matter,

Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 30th day of December, 2011.


                                                                             DAVID J. WEAVER
                                                                             CLERK OF THE COURT

                                                                             BY: s/Julie Owens

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


       I hereby certify that a copy of the foregoing document was mailed to **Jaydra Leila Bey** 1131 West Warren Ave #159, Detroit, MI 48201 and the attorneys of record on this date, Friday, December 30, 2011, by electronic and/or ordinary mail.

                                                                            s/Julie Owens
                                                                            Case Manager